IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. H-97-0036-001 |
| | § § | |
| ALTON R. LEWIS | § | |

### ORDER

The Court has received a request from Defendant to alter the fine payment schedule imposed in this case due to changes in his family's economic circumstances. The Motion is well founded. It is therefore

**ORDERED** that, pursuant to 18 U.S.C. § 3572(d)(3) payment of the imposed find is **DEFERRED** until Defendant is released from custody of the Bureau of Prisons ("BOP"). Defendant is not required to pay the find at this time as mandated by the BOP's Responsibility Program.

The Clerk shall enter this Order and provide a copy to all parties, as well as the Bureau of Prisons, Federal Medical Center, P.O. Box 14500 Lexington, Kentucky 405122, as well as the U.S. Probation Office, Houston, Texas.

SIGNED at Houston, Texas, this **9th** of **November, 2006**.

Nancy F. Atlas
United States District Judge

P:\ORDERS\1-CRIMIN\1995-2000 cases\97-036-1fine schedule.wpd   061109.1113